1  SCOTT J. HYMAN (State Bar No. 148709)
   ERIC J. TROUTMAN (State Bar No. 229263)
2  SEVERSON & WERSON
   A Professional Corporation
3  The Atrium
   19100 Von Karman Ave., Suite 700
4  Irvine, CA  92612
   Telephone:    (949) 442-7110
5  Facsimile:    (949) 442-7118
   Email Address: sjh@severson.com
6  Email Address: ejt@severson.com

7  Attorneys for Defendant
   AMERICREDIT FINANCIAL
8  SERVICES, INC. erroneously
   sued as "AMERICREDIT"
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11

12 | JOSHUA JACOBSON AND EDEN      | Case No.: C07-2694 JCS
   | VILLARREAL                    |
13 |                               | **REQUEST FOR JUDICIAL NOTICE IN
   |         Plaintiffs            | SUPPORT OF DEFENDANT
14 |                               | AMERICREDIT CORP.'S MOTION TO
   |     vs.                       | DISMISS**
15 |                               |
   | AMERICREDIT CORPORATION,      | (F.R.Ev. R. 201(d.))
16 | NATIONAL AUTO RECOVERY BUREAU |
   | AND TONY DOE                  | Date:   August 10, 2007
17 |                               | Time:   9:30 a.m.
   |         Defendants.           | Crtrm.: A
18 |                               | Judge:  Honorable Joseph C. Spero

19                                   Complaint: May 21, 2007
                                     Trial date: None set

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Rule 201(d) of the Federal Rules of Evidence, Defendant Americredit Corporation hereby requests the Court to take mandatory Judicial Notice of the fact that National Auto Recovery Bureau Inc. is a repossessor agency licensed and in good standing with the California Department of Consumer Affairs.

Such fact is capable of ready determination by resort to a source whose accuracy cannot reasonably be questioned, the official records as posted on the website of the Department of Consumer Affairs. A true and correct print out from the Department's website reflecting the same is attached hereto and labeled Exhibit "A."

DATED: July 2, 2007

SEVERSON & WERSON
A Professional Corporation

By: _____
Scott J. Hyman
Attorneys for Defendant
AMERICREDIT FINANCIAL
SERVICES, INC. erroneously
sued as "AMERICREDIT"

EXHIBIT A

# BUREAU OF SECURITY AND INVESTIGATIVE SERVICES

Licensee Name:    NATIONAL AUTO RECOVERY BUREAU INC
License Type:     Repossessor Agency
License Number:   578
License Status:   **CLEAR Definition**
Expiration Date:  April 30, 2009
Issue Date:       June 21, 1982
City:             SAN FRANCISCO
County:           SAN FRANCISCO
Actions:          No

## Business Owners

No records returned

## Related Licenses/Registrations/Permits

| Number | Name | Type | Status | Actions |
|---|---|---|---|---|
| 100072 | MITCHELL EDWARD J | Repossessor Agency - Qualified Manager | CLEAR | No |
| 100735 | HUNT MARY A | Repossessor Agency - Qualified Manager | CLEAR | No |
| 502848 | MC FERRAN PATRICK JOSEPH | Repossessor Agency - Employee | CANCELLED | No |
| 504921 | SILBER WERNER | Repossessor Agency - Employee | CANCELLED | No |
| 506086 | STODDARD BRAD LEE | Repossessor Agency - Employee | CANCELLED | No |
| 508266 | LOZANO RIGOBERTO A | Repossessor Agency - Employee | CLEAR | No |

## Disciplinary Actions

No records returned

This information is updated Monday through Friday - Last updated: JUN-28-2007

*Disclaimer*
*All information provided by the Department of Consumer Affairs on this web page, and on its other web pages and internet sites, is made available to provide immediate access for the convenience of interested persons. While the Department believes the information to be reliable, human or mechanical error remains a possibility, as does delay in the posting or updating of information. Therefore, the Department makes no guarantee as to the accuracy, completeness, timeliness, currency, or correct sequencing of the information. Neither the Department, nor any of the sources of the information, shall*

3

*be responsible for any errors or omissions, or for the use or results obtained from the use of this information. Other specific cautionary notices may be included on other web pages maintained by the Department. All access to and use of this web page and any other web page or internet site of the Department is governed by the Disclaimers and Conditions for Access and Use as set forth at California Department of Consumer Affairs' Disclaimer Information and Use Information.*

Back

4

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Irvine and County of Orange, California; my business address is Severson & Werson, 19100 Von Karman, Suite 700, Irvine, CA 92612.

On the date below I served a copy, with all exhibits, of the following document(s):

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT AMERICREDIT CORP.'S MOTION TO DISMISS (F.R.Ev. R. 201(d.))**

on all interested parties in said case addressed as follows:

Robert L. Hyde
Joshua B. Swigart
Hyde & Swigart
411 Camino Del Rio South
Suite 301
San Diego, CA 92108-3551
PH: (619) 233-7770
FX: (619) 330-4657
Attorneys for Plaintiff Joshua Jacobson

☑ **(BY MAIL)** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Irvine, California in sealed envelopes with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration is executed in Irvine, California, on July 2, 2007.

NATALIE L. ATHAS