United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA JACOBSON, ET AL., | No. C 07-02694 (JCS) |
| Plaintiff(s), | |
| v. | CLERK'S NOTICE |
| AMERICREDIT, ET AL., | |
| Defendant(s). | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on Defendant Americredit's Motion to Dismiss Action for Failure to State A Claim before Magistrate Judge Spero previously noticed for August 10, 2007, at 9:30 a.m., has been reset to **THE SAME DAY, at 1:30 p.m.,** Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Any party requesting a continuance shall submit a stipulation and proposed order.

Dated: July 3, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____*Karen L. Hom*_____
Karen L. Hom
Courtroom Deputy