1 | SCOTT J. HYMAN (State Bar No. 148709)
  | ERIC J. TROUTMAN (State Bar No. 229263)
2 | SEVERSON & WERSON
  | A Professional Corporation
3 | The Atrium
  | 19100 Von Karman Ave., Suite 700
4 | Irvine, CA 92612
  | Telephone:   (949) 442-7110
5 | Facsimile:    (949) 442-7118
  | Email Address: sjh@severson.com
6 | Email Address: ejt@severson.com

7 | Attorneys for Defendant
  | AMERICREDIT FINANCIAL
8 | SERVICES, INC. erroneously
  | sued as "AMERICREDIT"

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOSHUA JACOBSON AND EDEN VILLARREAL | Case No.: C07-2694 JCS |
|---|---|
| Plaintiffs | **NOTICE OF CHANGE OF TIME RE MOTION TO DISMISS ACTION FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (FRCP R. 12(b)(6))** |
| vs. | |
| AMERICREDIT, NATIONAL AUTO RECOVERY BUREAU, AND TONY DOE, | Date:      August 10, 2007<br>Old Time: 9:30 a.m.<br>**New time: 1:30 p.m.**<br>Crtrm.:    A<br>Judge:    Honorable Joseph C. Spero |
| Defendants. | |
| | Complaint: May 21, 2007<br>Trial date: None set |

---

31085/0104/633012.1            NOTICE OF CHANGE OF TIME RE MOTION TO DISMISS
                                                      - FRCP R. 12(b)(6)

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the Court reset the hearing time for Defendant AMERICREDIT FINANCIAL SERVICES, INC.'s (erroneously sued as "AMERICREDIT") Motion to Dismiss Action for Failure to State a Claim. Defendant AMERICREDIT FINANCIAL SERVICES, INC.'S Motion to Dismiss will now be heard on August 10, 2007, at 1:30 p.m., in Courtroom A of the above Court located at 450 Golden Gate Avenue, 15th Floor, San Francisco, California. A copy of the Clerk's Notice is attached hereto as Exhibit "A."

DATED: July 3, 2007

SEVERSON & WERSON
A Professional Corporation

By: _____
SCOTT J. HYMAN
Attorneys for Defendant
AMERICREDIT FINANCIAL SERVICES, INC. erroneously sued as "AMERICREDIT"

**EXHIBIT A**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA JACOBSON, ET AL., | No. C 07-02694 (JCS) |
| Plaintiff(s), | |
| v. | CLERK'S NOTICE |
| AMERICREDIT, ET AL., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on Defendant Americredit's Motion to Dismiss Action for Failure to State A Claim before Magistrate Judge Spero previously noticed for August 10, 2007, at 9:30 a.m., has been reset to **THE SAME DAY, at 1:30 p.m.**, Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Any party requesting a continuance shall submit a stipulation and proposed order.

Dated: July 3, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _Karen L. Hom_
Karen L. Hom
Courtroom Deputy

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Irvine and County of Orange, California; my business address is Severson & Werson, 19100 Von Karman, Suite 700, Irvine, CA 92612.

On the date below I served a copy, with all exhibits, of the following document(s):

**NOTICE OF CHANGE OF TIME RE MOTION TO DISMISS ACTION FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (FRCP R. 12(b)(6))**

on all interested parties in said case addressed as follows:

Robert L. Hyde
Joshua B. Swigart
Hyde & Swigart
411 Camino Del Rio South
Suite 301
San Diego, CA 92108-3551
PH: (619) 233-7770
FX: (619) 330-4657
Attorneys for Plaintiff Joshua Jacobson

☑ **(BY MAIL)** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Irvine, California in sealed envelopes with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration is executed in Irvine, California, on July 3, 2007.

NATALIE L. ATHAS