Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile:  (619) 297-1022

Attorneys for Plaintiff
Joshua Jacobson

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA JACOBSON AND EDEN VILLARREAL, <br><br> PLAINTIFF, <br><br> v. <br><br> AMERICREDIT, NATIONAL AUTO RECOVERY BUREAU, AND TONY DOE, <br><br> DEFENDANTS. | Case No.: C 07 2694 JCS <br><br> PROOF OF SERVICE |

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA   E-filing

| | |
|---|---|
| Joshua Jacobson and Eden Villarreal | SUMMONS IN A CIVIL CASE |
| v. | CASE NUMBER: |
| Americredit, National Auto Recovery Bureau, and Tony Doe | **JCS** C 07 2694 |

TO: (Name and address of defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert L. Hyde
Hyde & Swigart
411 Camino Del Rio South, Suite 301
San Diego, CA 92108

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

_[signature]_
(BY) DEPUTY CLERK

DATE  MAY 2 2 2007

JOSHUA B. SWIGART, ESQ. (SBN 225557)
HYDE & SWIGART
411 CAMINO DEL RIO SOUTH, SUITE 301
SAN DIEGO CA 92108
619-233-7770              Ref. No.       : 0302555-03
Attorney for : PLAINTIFF  Atty. File No. : C072694JCS

UNITED STATES DISTRICT COURT
NORTHERN-CALIFORNIA JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF  | : JOSHUA JACOBSON, et. al. | Case No.: C 07 2694 JCS |
| DEFENDANT | : AMERICREDIT | **PROOF OF SERVICE** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT FOR DAMAGES; CIVIL COVER SHEET; ECF REGISTRATION INFORMATION HANDOUT; COURT INFORMATION; NOTICE OF ASSIGNMENT OF CASE; CONSENT TO PROCEED; DECLINATION TO PROCEED; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; CASE MANAGEMENT CONFERENCE ORDER

3. a. Party served   : TONY DOE
   b. Person served  : ARTHUR SORIANO RABARO
                       (PERSON APPARENTLY IN CHARGE)

4. Address where the party was served 3537 OLD CONEJO ROAD   UNIT 112
                                      NEWBURY PARK, CA 91320   (Business)

5. I served the party
   b. **by substituted service.** On June 14, 2007 at 01:32 PM I left the documents listed in item 2 with or in the presence of ARTHUR SORIANO RABARO, PERSON APPARENTLY IN CHARGE
   (1) **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (4) a **declaration of mailing** is attached.
   (5) I attach a **declaration of diligence** stating actions taken first to attempt personal service.

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of:      TONY DOE
      under [xx] CCP 416.90 (authorized person)

7. **Person who served papers**
   a. KENNETH A. FOWLER
   b. KNOX ATTORNEY SERVICE, INC.
      2250 Fourth Avenue
      San Diego, California 92101
   c. 619-233-9700

   d. Fee for service: $43.25
   e. I am:
      (3) a registered California process server
         (i) an independent contractor
         (ii) Registration No.: 152
         (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: June 26, 2007            Signature: _____
                                          KENNETH A. FOWLER

Jud. Coun. form, rule 982.9                **PROOF OF SERVICE**
JC Form POS 010 (Rev. January 1, 2007)

JOSHUA B. SWIGART, ESQ. (SBN 225557)
HYDE & SWIGART
411 CAMINO DEL RIO SOUTH, SUITE 301
SAN DIEGO CA 92108
619-233-7770                    Ref. No.        : 0302555-03
Attorney for : PLAINTIFF         Atty. File No.  : C072694JCS

UNITED STATES DISTRICT COURT
NORTHERN-CALIFORNIA JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF  | : JOSHUA JACOBSON, et. al. | Case No.: C 07 2694 JCS |
| DEFENDANT  | : AMERICREDIT | **DECLARATION REGARDING DILIGENCE** |

I received the within process on 06/07/07. After due and diligent effort I have been unable to effect personal service on the within named party at the following address(es):

Party served     TONY DOE

Business    :    3537 OLD CONEJO ROAD UNIT 112, NEWBURY PARK CA 91320

Attempts to effect service are as follows:

06/11/07 10:00A  Attempted service at business; subject not in
06/13/07 02:20P  Attempted service at business; subject not in
06/14/07 01:32P  Attempted service-effected substitute service

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: June 26, 2007                             Signature: _____
                                                           KENNETH A. FOWLER

Jud. Coun. form, rule 982.9                **DECLARATION RE DILIGENCE**

JOSHUA B. SWIGART, ESQ. (SBN 225557)
HYDE & SWIGART
411 CAMINO DEL RIO SOUTH, SUITE 301
SAN DIEGO CA 92108
619-233-7770             Ref. No.        : 0302555-03
Attorney for : PLAINTIFF    Atty. File No.  : C072694JCS

UNITED STATES DISTRICT COURT
NORTHERN-CALIFORNIA JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF  : JOSHUA JACOBSON, et. al. | | Case No.: C 07 2694 JCS |
| DEFENDANT : AMERICREDIT | | **DECLARATION OF MAILING** |

RE: TONY DOE

I am a citizen of the United States and am employed in the County of SAN DIEGO, State of California. I am over 18 years of age and not a party to this action. My business address is
**2250 FOURTH AVENUE, SAN DIEGO CA 92101**

On June 14, 2007 I served the within documents:

> SUMMONS IN A CIVIL CASE; COMPLAINT FOR DAMAGES; CIVIL COVER SHEET; ECF REGISTRATION INFORMATION HANDOUT; COURT INFORMATION; NOTICE OF ASSIGNMENT OF CASE; CONSENT TO PROCEED; DECLINATION TO PROCEED; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; CASE MANAGEMENT CONFERENCE ORDER

On the party in said action, by mailing a true copy thereof (by first-class mail, postage prepaid), enclosed in a sealed envelope at the mail collection site at my place of employment, addressed to the following:

> TONY DOE
>
> 3537 OLD CONEJO ROAD    UNIT 112
> NEWBURY PARK, CA  91320

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 14, 2007 at SAN DIEGO, California.

Signature: _____
YVETTE A. NAVA

**DECLARATION OF MAILING**