UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA JACOBSON, ET AL., | No. C 07-02694 JCS |
| Plaintiff(s), | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| AMERICREDIT NATIONAL AUTO, ET AL., | |
| Defendant(s). | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: 7/9/07

Signature

Counsel for NATIONAL AUTO RECOVERY BUREAU, INC.
(Name or party or indicate "pro se")

2

## PROOF OF SERVICE

I, Bernice Fok, declare as follows:

I am over the age of eighteen (18) years and am not a party to this action. I am employed in the city and county of San Francisco, state of California, and my business address is 456 Montgomery Street, 20th Floor, San Francisco, California, 94104.

On <u>July 9, 2007</u>, I served or caused the within: DEFENDANT NATIONAL AUTO RECOVERY BUREAU, INC.'S CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE on the attorneys of record in this action as follows:

<u>XXX</u>   by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, and deposited the same for collection and **mailing** at San Francisco, California, following ordinary business practices, addressed as set forth below.

_____   by having a true copy thereof caused to be **personally** served to the person at the address(es) as set forth below.

_____   by sending a copy to the **facsimile** number(s) to the person at the address(es) as set forth below.

**Attorney for Plaintiff**
Mr. Robert L. Hyde, Esq.
HYDE & SWIGERT
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone No: (619) 233-7770
Facsimile No: (619) 330-4657
bob@westcoastlitigation.com

**Attorney for Americredit Financial Services, Inc.**
Scott J. Hyman, Esq.
Eric J. Troutman, Esq.
Severson and Werson
The Atrium
19100 Von Karman Ave, Suite 700
Irvine, CA 92612
Facsimile: (949) 442-7118

I am readily familiar with this law firm's practice for the collection and processing of documents for mailing, Federal Express overnight mail, and facsimile transaction and said document(s) are deposited with the United States Postal Service or Federal Express depository on the same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on <u>July 9, 2007</u>, in San Francisco, California.

_____
Bernice Fok