Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile:  (619) 297-1022

Attorneys for Plaintiff
Joshua Jacobson

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSHUA JACOBSON AND EDEN VILLARREAL**, <br><br> Plaintiff, <br><br> v. <br><br> **AMERICREDIT, NATIONAL AUTO RECOVERY BUREAU, AND TONY DOE,** <br><br> Defendants. | Case No.: **C 07-02694 JCS** <br><br> **NOTICE OF STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT TONY DOE** |

**NOTICE IS HEREBY GIVEN** that pursuant Fed.R.Civ.Pro 41(a) Plaintiffs voluntary dismiss the above-captioned action without prejudice in the merits as to Defendant TONY DOE.

Dated:  July 19, 2007

 /S/ JOSHUA B. SWIGART__

**Joshua B. Swigart**, Esq.
Attorney for Plaintiff