1
2
3
4              UNITED STATES DISTRICT COURT
5              NORTHERN DISTRICT OF CALIFORNIA
6
7  JOSHUA JACOBSON, ET AL.,                    No. C-07-02694 JCS
8              Plaintiffs,                     **ORDER GRANTING PLAINTIFFS'
                                               REQUEST TO FILE AMENDED
9        v.                                    COMPLAINT AND DENYING
                                               DEFENDANT'S MOTION TO DISMISS
10 AMERICREDIT CORPORATION, ET AL.,            WITHOUT PREJUDICE [Docket No. 5]**
11             Defendants.
   _____/
12

13       This action was filed on May 22, 2007. The parties have consented to the jurisdiction of a

14 United States magistrate judge pursuant to 28 U.S.C. § 636(c). Defendant Americredit Financial

15 Services, Inc. ("Americredit") filed a Motion to Dismiss for Failure to State a Claim Upon Which

16 Relief Can Be Granted ("the Motion to Dismiss") on July 2, 2007. In response, Plaintiffs filed a

17 brief that was styled as an Opposition but did not offer any arguments in opposition to the Motion to

18 Dismiss. Instead, Plaintiffs sought leave to file an amended complaint to address the issues raised in

19 the Motion to Dismiss. Americredit did not file a Reply brief or otherwise respond to Plaintiffs'

20 request and the deadline for filing a Reply has passed.

21       Without reaching the merits of Defendants' Motion to Dismiss or expressing any opinion as

22 to the adequacy of Plaintiffs' proposed amended complaint, the Court GRANTS Plaintiffs' request

23 to file the proposed First Amended Complaint on the basis that at this early stage of the case, it is in

24 the interest of justice to permit Plaintiffs to amend in order to address the alleged deficiencies

25 identified by Americredit. *See* Fed. R. Civ. P. 15(a). The Motion to Dismiss is DENIED without

26
27
28

**United States District Court**
For the Northern District of California

1  prejudice to filing a new motion to dismiss addressing the adequacy of the First Amended
2  Complaint.  The hearing currently scheduled for August 10, 2007 at 1:30 p.m. is **vacated**.

4       IT IS SO ORDERED.

6  Dated: August 1, 2007

                                                                       JOSEPH C. SPERO
                                                                       United States Magistrate Judge

**United States District Court**
For the Northern District of California

2