**United States District Court**
**Northern District of California**

1
2
3
4
5
6
7
8                    # UNITED STATES DISTRICT COURT
9                       **Northern District of California**

10  Jacobson,                                  07-02694 JCS
11              Plaintiff(s),              **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER**
12      v.
13  Americredit National Auto Recovery
14  Bureau,
15              Defendant(s).
16
17      The parties have failed to file an ADR Certification and either a Stipulation and
18  [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone
19  Conference as required by the Initial Case Management Scheduling Order.  Counsel
20  shall Meet and Confer forthwith in an attempt to agree on an ADR process for this
21  matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file
22  an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting**
23  **ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b),
24  ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available
25  at www.adr.cand.uscourts.gov.)
26
27      Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a
28  copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

**Notice Re: Noncompliance With Court Order**
07-02694 JCS                        -1-

(415-522-4112), hand delivery (ADR Program, USDC, Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: August 22, 2007

        RICHARD W. WIEKING
        Clerk
        by:   Timothy J. Smagacz

*Timothy Smagacz*

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
07-02694 JCS                              -2-

**PROOF OF SERVICE**

Case Name:     Jacobson v. Americredit National Auto Recovery Bureau

Case Number:     07-02694 JCS

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>  ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On August 22, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Joshua B. Swigart
> Hyde & Swigart
> 411 Camino Del Rio South
> Suite 301
> San Diego, CA 92108-3551
> josh@westcoastlitigation.com
>
> Robert L. Hyde
> Hyde & Swigart
> 411 Camino Del Rio South
> Suite 301
> San Diego, CA 92108-3551
> bob@westcoastlitigation.com
>
> Scott J. Hyman
> Severson & Werson
> 19100 Von Karman Avenue
> Suite 700
> Irvine, CA 92612
> sjh@severson.com

Eric John Troutman
Severson & Werson
19100 Von Karmen Avenue
Suite 700
Irvine, CA 92612

Michael Shannon Burke
Vogl & Meredith
456 Montgomery Street
20th Floor
San Francisco, CA 94104
mburke@voglmeredith.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 22, 2007 in San Francisco, California.

> RICHARD W. WIEKING
> Clerk
> by:    Timothy J. Smagacz
>
> _Timothy Smagacz_
> ADR Administrative Assistant
> 415-522-4205
> Tim_Smagacz@cand.uscourts.gov