| | |
|---|---|
| 1 | MICHAEL S. BURKE, ESQ. (SBN: 150062) |
|   | VOGL & MEREDITH LLP |
| 2 | 456 Montgomery Street, 20th Floor |
|   | San Francisco, California  94104 |
| 3 | (415) 398-0200 telephone |
|   | (415) 398-2820 facsimile |
| 4 | |
|   | mburke@voglmeredith.com |
| 5 | |
|   | Attorneys for Defendant |
| 6 | NATIONAL AUTO RECOVERY |
|   | BUREAU, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSHUA JACOBSON and EDEN VILLARREAL, | ) | Case No. C07-02694 JCS |
| Plaintiffs, | ) | PROOF OF SERVICE OF ANSWER TO FIRST AMENDED COMPLAINT BY DEFENDANT NATIONAL AUTO RECOVERY BUREAU, INC. |
| vs. | ) | |
| ASBESTOS DEFENDANTS, et al., | ) | |
| Defendants. | ) | <u>Jury Demanded</u> |
| | | Judge: Hon. Joseph C. Spero |

///
///
///
///
///
///
//
///
///
///
///
///

Page 1

Proof of Service of Answer to
First Amended Complaint                                                                 C07-02694 JCS

| | |
|---|---|
| 1 | PROOF OF SERVICE BY ELECTRONIC TRANSMISSION |
| 2 | I, the undersigned, declare that I am a citizen of the United States and employed in San |
| 3 | Francisco County, California. I am over the age of eighteen years and not a party to the within- |
| 4 | entitled action. My business address is 456 Montgomery Street, 20th Floor, San Francisco, CA |
| 5 | 94104. |
| 6 | On August 22, 2007 I electronically served the document via Lexis Nexis File & Serve |
| 7 | described as: |
| 8 | ANSWER TO FIRST AMENDED COMPLAINT BY |
| 9 | DEFENDANT NATIONAL AUTO |
| 10 | RECOVERY BUREAU, INC. |
| 11 | |
| 12 | on the recipients designated on the Transaction Receipt located on the Lexis Nexis File & Serve |
| 13 | website. I declare under penalty of perjury pursuant to the laws of the State of California that the |
| 14 | foregoing is true and correct and was executed on August 22, 2007 at San Francisco, California. |

*Tanya Taylor* (signature)

Page 2

Proof of Service of Answer to
First Amended Complaint                                                    C07-02694 JCS