| | |
|---|---|
| 1 | Robert L. Hyde (SBN: 227183) |
| | bob@westcoastlitigation.com |
| 2 | Joshua B. Swigart (SBN: 225557) |
| | josh@westcoastlitigation.com |
| 3 | **HYDE & SWIGART** |
| | 411 Camino Del Rio South Suite 301 |
| 4 | San Diego, CA 92108 |
| | Telephone: (619) 233-7770 |
| 5 | Facsimile:  (619) 297-1022 |

Attorneys for Plaintiff
Joshua Jacobson And Eden Villarreal

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSHUA JACOBSON AND EDEN VILLARREAL,** | Case No.: C 07-02694 (JCS) |
| PLAINTIFF, | **PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT THE CASE MANAGEMENT CONFERENCE** |
| v. | |
| **AMERICREDIT, NATIONAL AUTO RECOVERY BUREAU, AND TONY DOE,** | DATE: 8/31/07 |
| | TIME: 1:30 P.M. |
| DEFENDANTS. | HON. Joseph C. Spero |

Pursuant to the Local Rules, Plaintiff's counsel, Robert L. Hyde of Hyde & Swigart, hereby requests a telephonic appearance at the up coming Case Management Conference.  Plaintiff's counsel resides in San Diego, CA.  In an effort to reduce costs to both parties, Plaintiff's counsel feels it is more

//
//
//
//
//

economical to appear telephonically. Robert L. Hyde, the attorney representing the Plaintiff, can be reached at (619) 233-7770 at the time of the conference.

>Respectfully submitted,
>
>**HYDE & SWIGART**
>
>**/S/ Robert L. Hyde**
>Robert L. Hyde
>Attorneys for Plaintiff

## ORDER

The Court grants Plaintiff's request to appear telephonically at the Case Management Conference.

DATED: August ___, 2007

_____
HON. JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE