UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Joshua Jacobson, et al.,
           Plaintiff(s),

v.

Americredit, et al.
           Defendant(s).

Case No. C 07-02694 (JCS)

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *Dispute Resolution Procedures in the Northern District of California* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 8-24-07
                                 [Party]

Dated: 8-27-07
                                 [Counsel]

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Irvine and County of Orange, California; my business address is Severson & Werson, 19100 Von Karman, Suite 700, Irvine, CA 92612.

On the date below I served a copy, with all exhibits, of the following document(s):

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

on all interested parties in said case addressed as follows:

Robert L. Hyde
Joshua B. Swigart
Hyde & Swigart
411 Camino Del Rio South
Suite 301
San Diego, CA 92108-3551
PH: (619) 233-7770
FX: (619) 330-4657
Attorneys for Plaintiff Joshua Jacobson

Michael Burke, Esq.
Vogl & Meredith
56 Montgomery Street, 20th Floor
San Francisco, CA 94104-1233
PH: (415) 398-0200
FX: (415) 398-2820

☑ **(BY MAIL)** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Irvine, California in sealed envelopes with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration is executed in Irvine, California, on August 27, 2007.

_____
LORRAINE JOHNSON