# Severson & Werson
**A Professional Corporation**

Eric J. Troutman
Attorney
Direct Line: (949) 225-7969
ejt@severson.com

The Atrium
19100 Von Karman Ave., Suite 700
Irvine, CA 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

August 28, 2007

**VIA ELECTRONIC FILING & FEDERAL EXPRESS**

The Honorable Joseph C. Spero
Courtroom A
UNITED STATE DISTRICT COURT
NORTHERN DISTRICT
450 Golden Gate Avenue,
San Francisco, CA 94102

Re: *Joshua Jacobson and Eden Villarreal v. AmeriCredit, National Auto Recovery Bureau, and Tony Doe.*
Case No. C 07-2694 JCS

Dear Judge Spero:

Pursuant to the conversation between my secretary Ms. Johnson and Karen Harm of your office, I write to respectfully request leave to appear telephonically at the status conference set for August 31, 2007, in the above-referenced case.

Our office is located in Irvine, California. Whereas I had originally planned to attend the conference in person, Plaintiff has recently agreed to accept my client's Rule 68 offer, making the expense of a personal appearance unjustified.

My direct dial contact number is: (949) 225-7969.

Should you have any questions or concerns do not hesitate to contact myself or Lorraine Johnson of this office at ext. 7207.

Very truly yours,

ERIC J. TROUTMAN

cc: Robert Hyde, Esq.
    Michael Burke, Esq.

Dated: Aug. 29, 2007

IT IS SO ORDERED
Judge Joseph C. Spero

31085/0104/639506.1

San Francisco & Orange County