# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTE ORDER</u>

**CASE NO.  C 07-02694 JCS**

**CASE NAME:  JOSHUA JACOBSON v. AMERICREDIT**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: August 31, 2007    **TIME: 11 mins** | **COURT REPORTER**: <u>Not Recorded</u> |
| **COUNSEL FOR PLAINTIFF:**<br>Robert L. Hyde *(T) | **COUNSEL FOR DEFENDANT:**<br>Eric J. Troutman *(T)- Dft Americredit<br>Michael Burke - Dft National Auto |

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1.  Initial Case Management Conference | Held. |

**ORDERED AFTER HEARING:**

Case as to Dft Americredit has settled.
Case referred to the Court's ADR program for ENE and Mediation, to occur within 90 days.
Discovery is stayed until the next case management conference.
An updated joint case management conference statement shall be due by 11/28/7.

**ORDER TO BE PREPARED BY:**    () Plaintiff    () Defendant    (X) Court

**CASE CONTINUED TO:**   11/30/07 at 1:30 p.m., for a further case mgmt conference.

| | | |
|---|---|---|
| **Number of Depos:** | **Number of Experts:** | **Discovery Cutoff:** |
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:**    at 9:30 a.m. | | **Pretrial Conference:**    at 1:30 p.m. |
| **Trial Date:**    at 8:30 a.m.  ()Jury   ()Court   Set for   days | | |

**cc:**    **Chambers; Karen**, ADR
* (T) = Telephonic Appearance