UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSHUA JACOBSON, ET AL.,            Case No. C07-02694 JCS

    Plaintiff(s),

    v.                                     **CASE MANAGEMENT AND PRETRIAL ORDER**

AMERICREDIT, ET AL.,

    Defendant(s).

_____/

Following a case management conference held on **August 31, 2007,**

IT IS HEREBY ORDERED THAT:

1. The case as to Defendant Americredit has settled.

2. This case shall be referred to the Court's ADR program for Early Neutral Evaluation and Mediation, to occur within ninety (90) days. The parties shall promptly notify the Court whether the case is resolved at the Mediation.

3. Discovery is STAYED until the next case management conference.

4. An updated joint case management conference statement shall be due by **November 28, 2007.**

5. A further case management conference is set for **November 30, 2007, at 1:30 p.m.** Any party wishing to appear telephonically at the case management conference shall electronically submit a letter to the Court one (1) week prior to the hearing with a contact phone number. The Court will initiate the phone contact.

IT IS SO ORDERED.

Dated: September 4, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge