SCOTT J. HYMAN (State Bar No. 148709)
ERIC J. TROUTMAN (State Bar No. 229263)
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Ave., Suite 700
Irvine, CA 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118
Email Address: sjh@severson.com
Email Address: ejt@severson.com

Attorneys for Defendant
AMERICREDIT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA JACOBSON AND EDEN VILLARREAL<br><br>Plaintiffs<br><br>vs.<br><br>AMERICREDIT CORPORATION, NATIONAL AUTO RECOVERY BUREAU AND TONY DOE<br><br>Defendants. | Case No.: C07-2694 JCS<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO DISMISS AND MOTION TO STRIKE**<br><br>CMC Date: August 31, 2007<br>Time: 1:30 p.m.<br>Courtroom: A<br>Judge: Hon. Joseph C. Spero<br><br>Complaint: May 21, 2007<br>Trial date: None set |

1  TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD

2  Please take notice that, in light of the settlement between Plaintiff and Defendant AmeriCredit in this action, AmeriCredit hereby withdraws its Motion to Dismiss and its Motion to Strike portions of the First Amended Complaint. Each motion was scheduled to have been heard on October 5, 2007.

DATED: September 4, 2007

SEVERSON & WERSON
A Professional Corporation

By: _____
ERIC J. TROUTMAN

Attorneys for Defendant
AmeriCredit Financial Services, Inc.
erroneously sued as AMERICREDIT
CORPORATION

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Irvine and County of Orange, California; my business address is Severson & Werson, 19100 Von Karman, Suite 700, Irvine, CA 92612.

On the date below I served a copy, with all exhibits, of the following document(s):

**NOTICE OF WITHDRAWAL OF MOTION TO DISMISS AND MOTION TO STRIKE**

on all interested parties in said case addressed as follows:

Robert L. Hyde
Joshua B. Swigart
Hyde & Swigart
411 Camino Del Rio South
Suite 301
San Diego, CA 92108-3551
PH: (619) 233-7770
FX: (619) 330-4657
Attorneys for Plaintiff Joshua Jacobson

Michael Burke, Esq.
Vogl & Meredith
56 Montgomery Street, 20th Floor
San Francisco, CA 94104-1233
PH: (415) 398-0200
FX: (415) 398-2820

☑ **(BY MAIL)** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Irvine, California in sealed envelopes with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration is executed in Irvine, California, on September 4, 2007.

_____
LORRAINE JOHNSON

31085/0104/640212.1    AMERICREDIT'S INITIAL DISCLOSURES - FRCP R. 26(a)