Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile:  (619) 297-1022

Attorneys for Plaintiff
Joshua Jacobson

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA JACOBSON AND EDEN VILLARREAL,<br><br>Plaintiff,<br><br>v.<br><br>AMERICREDIT, NATIONAL AUTO RECOVERY BUREAU, AND TONY DOE,<br><br>Defendants. | Case No.: C 07 2694 JCS<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge: HON. JOSEPH C. SPERO |

**NOTICE IS HEREBY GIVEN** by counsel that this action has been settled and it is not necessary for the action to remain on the calendar of the court. Plaintiff requests this Court to retain complete jurisdiction for 20 days for entry of dismissal or to allow Plaintiff to reopen the action upon a good faith showing that the settlement has not been completed and further litigation is necessary.

Dated: 8/13/07                    Respectfully submitted,


                                  By: /s/JOSHUA B. SWIGART
                                  **Joshua B. Swigart**
                                  Attorney for Plaintiff