1

2

3

4                    UNITED STATES DISTRICT COURT

5                    NORTHERN DISTRICT OF CALIFORNIA

6

7    JOSHUA JACOBSON, ET AL.,                    No. C 07-02694 JCS

8              Plaintiff(s),
                                                 **ORDER OF DISMISSAL**
9         v.

10   AMERICREDIT, ET AL.,

11             Defendant(s).
     _____/

12

13        The Court  having been advised that the parties have agreed to a settlement of this case,

14        IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice; provided,

15   however, that if any party hereto shall certify to this Court, within thirty (30) days, with proof of service

16   of a copy thereon to opposing counsel, that the agreed consideration for said settlement has not been

17   delivered over,  the foregoing Order shall stand vacated and this case shall forthwith be restored to the

18   calendar to be set for trial.

19        IT IS SO ORDERED.

20

21   Dated: September 14, 2007

22

23   _____

24                    JOSEPH C. SPERO
                      United States Magistrate Judge

25

26

27

28

**United States District Court**
For the Northern District of California