Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile:  (619) 297-1022

Attorneys for Plaintiff
Joshua Jacobson

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA JACOBSON AND EDEN VILLARREAL,<br><br>Plaintiffs,<br>v.<br><br>AMERICREDIT, NATIONAL AUTO RECOVERY BUREAU, AND TONY DOE,<br><br>Defendants. | Case No.: C 07-02694 JCS<br><br>**NOTICE OF JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS AMERICREDIT AND NATIONAL AUTO RECOVERY BUREAU** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).


Dated:  October 11, 2007

 /S/ JOSHUA B. SWIGART__

**Joshua B. Swigart**,
Attorney for Plaintiff


Dated:  October 11, 2007

 /S/ MICHAEL S. BURKE__

**Michael S. Burke**,
Attorney for Defendant National Auto Recovery Bureau, Inc.

Dated:  October 11, 2007

 /S/ SCOTT J. HAYMAN__

**Scott J. Hayman**,
Attorney for Defendant Americredit


Dated:  10/12/7

IT IS SO ORDERED

Judge Joseph C. Spero